666 A.2d 641

**The FRATERNAL ORDER OF POLICE, Petitioner,**

v.

**PENNSYLVANIA STATE POLICE, Respondent.**

Supreme Court of Pennsylvania.

Sept. 22, 1995.

## *ORDER*

PER CURIAM:

Prior report: 160 Pa.Cmwlth. 251, 634 A.2d 789.

AND NOW, this 22nd day of September, 1995, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED and the matter is REMANDED to that Court for further proceedings consistent with this Court's opinion in *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Betancourt)*, 540 Pa. 66, 656 A.2d 83 (1995).

MONTEMURO, J., is sitting by designation.